# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**WEBCO, INC., CHARLES T. WEAVER**  **PLAINTIFFS**
**and LINDA WEAVER, husband and wife**

**v.**             **NO. 4:07-CV-00035 GTE**

**UPLAND INDUSTRIAL DEVELOPMENT**
**COMPANY**                **DEFENDANT**

## JUDGMENT

Pursuant to the Order Granting Summary Judgment filed in this matter this date granting summary judgment in favor of Defendant Upland Industrial Development Company, it is hereby CONSIDERED, ORDERED, AND ADJUDGED that the Petition for Confirmation of Title in this matter be, and it hereby is, DENIED.

IT IS FURTHER CONSIDERED, ORDERED, AND ADJUDGED that Plaintiffs take nothing on their Petition for Confirmation of Title, which is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this  3rd   day of August, 2007.

                                            /s/Garnett Thomas Eisele
                                            UNITED STATES DISTRICT JUDGE